JONATHAN D. LOEB (No. 211749)
jonathan.loeb@dechert.com
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

CHRISTOPHER S. RUHLAND (No. 175054)
christopher.ruhland@dechert.com
ANNA DO (No. 281327)
anna.do@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

BLAKE GREENE (No. 260930)
blake.greene@dechert.com
DECHERT LLP
300 West 6th Street, Suite 2010
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

Attorneys for Defendants
QUEST DIAGNOSTICS INCORPORATED AND
QUEST DIAGNOSTICS NICHOLS INSTITUTE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED, et al.,<br><br>Defendants. | Case No. CV 17-5169-GW-FFMx<br><br>**JUDGMENT** |

# JUDGMENT

Plaintiff Cedars-Sinai Medical Center's Fourth Claim for Relief (Infringement of U.S. Patent No. 9,702,884) was dismissed by the Court on Defendants Quest Diagnostics Incorporated and Quest Diagnostics Nichols Institute's Motion for Summary Judgment of Patent Invalidity Under 35 U.S.C § 101 pursuant to the Court's Final Ruling dated August 9, 2019 (ECF No. 350).

Plaintiff's First Claim for Relief (Trade Secret Misappropriation, 18 U.S.C. § 1836 *et seq.*), Second Claim for Relief (Trade Secret Misappropriation, Cal. Civ. Code § 3426 *et seq.*), and Third Claim for Relief (Breach of Contract) were tried to a jury, and the jury rendered a verdict on each claim in Defendants' favor.

Plaintiff's First Claim for Relief, Second Claim for Relief, Third Claim for Relief, and Fourth Claim for Relief are hereby dismissed on the merits with prejudice.

Judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's First Claim for Relief, Second Claim for Relief, Third Claim for Relief, and Fourth Claim for Relief.

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, Defendants shall recover costs from Plaintiff in an amount to be determined after application to the clerk, which may be filed after a mandate or judgment is issued by the Court of Appeals.

IT IS SO ORDERED.

Dated: September 20, 2019

_____
HON. GEORGE H. WU
United States District Judge